# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0073. LESTER MARTIN et al. v. T & L RENTALS.**

Fayette Thompson has filed an emergency motion requesting an extension of time to file an application for discretionary appeal from a Turner County Superior Court order entered on January 15, 2025. The motion is hereby granted and Thompson is given until March 17, 2025 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 02/14/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*